**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ERNIE GEVAS, et al,**

      **Plaintiffs,**

   **v.**                                      **Civil Action 2:17-cv-1115
Judge Algenon L. Marbley
Magistrate Judge Jolson**

**LIBERTY MUTUAL GROUP,
INC., et al.,**

      **Defendants.**

## **ORDER**

This matter is before the Court on the parties' second Joint Motion for Extension. (Doc. 31). The parties seek a thirty-day extension of the dispositive motion deadline in order "to continue their exchange of meaningful settlement offers." (*Id.* at 1). For good cause shown, the Motion is **GRANTED**. Consequently, any dispositive motion shall be filed by November 5, 2018.

    IT IS SO ORDERED.


Date:  October 9, 2018                               /s/ Kimberly A. Jolson
                                                               KIMBERLY A. JOLSON
                                                               UNITED STATES MAGISTRATE JUDGE